Sarah B. Gerdes
Southern District Bar No. 1027701
**S**EARS │ **B**ENNETT│ **G**ERDES│ **LLP**
6548 Greatwood Parkway
Sugar Land, Texas 77479
(713) 782-1788 Telephone
(713) 782-1787 Facsimile
Email: Sarah@searsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT FOR

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>Terri Jenkins<br><br>Debtor(s). | Chapter 13<br><br>Case No. 22-30506<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Canyon Gate at Northpointe Owner's Association, Inc., (the "Association"), by its undersigned counsel, Sarah B. Gerdes of Sears, Bennett & Gerdes, LLP, files this Notice of Appearance and Request for Notices and Papers pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. Canyon Gate at Northpointe Owner's Association, Inc., and Sears, Bennett & Gerdes, LLP request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Sears, Bennett & Gerdes, LLP by serving:

        Sarah B. Gerdes
        Southern District Bar No. 1027701
        SEARS │ BENNETT│ GERDES│ LLP
        6548 Greatwood Parkway
        Sugar Land, Texas 77479
        (713) 782-1788 Telephone
        (713) 782-1787 Facsimile
        Email: Sarah@searsfirm.com

SDG:  CANYON-75

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Canyon Gate at Northpointe Owner's Association, Inc. (i) to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which Canyon Gate at Northpointe Owner's Association, Inc. has or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 9, 2022

        RESPECTFULLY SUBMITTED,
        SEARS | BENNETT | GERDES | LLP

        */s/ Sarah B. Gerdes*
        SARAH B. GERDES
        6548 Greatwood Parkway
        Sugar Land, Texas  77479
        Telephone: 713.782.1788
        Facsimile: 713.782.1787

        ATTORNEY FOR CANYON GATE AT NORTHPOINTE OWNER'S ASSOCIATION, INC.

## **CERTIFICATE OF MAILING AND ELECTRONIC FILING**

    I hereby certify that the forgoing Notice of Appearance and Request for Notices and Papers, with certificate of mailing and electronic filing were electronically filed on May 9, 2022 and, if not served electronically, was served by the method below the addressee's names, as follows:

**Terri Jenkins**
11939 Canyon Valley Dr.
Tomball, TX 77377
*Pro Se*
*Via Certified Mail*


**William E. Heitkamp**
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024
713-722-1200
heitkamp@ch13hou.com
*Trustee*
*Via ECF*

 

                                                       */s/ Sarah B. Gerdes*
                                                       Sarah B. Gerdes
                                                       Southern District Bar No. 1027701
                                                       **SEARS │ BENNETT │ GERDES │ LLP**
                                                       6548 Greatwood Parkway
                                                       Sugar Land, Texas 77479

SDG: CANYON-75